E. G. Casey, *Appellant,* v. Mrs. S. M. Diehl, *Appellee.*

No. 16,904.

HEADNOTE BY THE REPORTER.

Damages—*Contract—Statute of Frauds.* Damages for loss of profits on a contract denied because the agreement was not binding under the statute of frauds.

Appeal from Franklin district court. Opinion filed March 11, 1911. Affirmed.

*Wilbur S. Jenks,* for the appellant.

*W. J. Costigan,* and *F. M. Harris,* for the appellee.

*Per Curiam:* No cause of action for the loss of his bargain accrued to the plaintiff, because the contract was not binding under the statute of frauds. (*Leis v. Potter,* 68 Kan. 117, 121.)

The other item of damage claimed is not recoverable on the principle of estoppel, because the claim arises upon voluntary conduct of the plaintiff, not induced by the defendant, and entirely outside the purview of the contract.

The judgment is affirmed.